No. D–1529. IN RE DISBARMENT OF SPIVAK. Disbarment entered. [For earlier order herein, see 514 U. S. 1060.]

No. D–1536. IN RE DISBARMENT OF STERN. Disbarment entered. [For earlier order herein, see 514 U. S. 1061.]

No. D–1538. IN RE DISBARMENT OF MAIOLO. Disbarment entered. [For earlier order herein, see 514 U. S. 1061.]

No. D–1541. IN RE DISBARMENT OF BELL. Disbarment entered. [For earlier order herein, see 514 U. S. 1081.]

No. D–1543. IN RE DISBARMENT OF YOUNG. Disbarment entered. [For earlier order herein, see 514 U. S. 1081.]

No. D–1545. IN RE DISBARMENT OF POTTS. Disbarment entered. [For earlier order herein, see 514 U. S. 1106.]

No. D–1558. IN RE DISBARMENT OF ROSENGARDEN. It is ordered that Morton Charles Rosengarden, of Deerfield, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1559. IN RE DISBARMENT OF CREWELL. It is ordered that Ted Henry Crewell, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1560. IN RE DISBARMENT OF WASHINGTON. It is ordered that Edward Vincent Washington, Jr., of Montclair, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94–8951. WILKINSON v. MISSOURI. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 10, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–8667. IN RE SMITH. Petition for writ of mandamus denied.